### 7116.  HALL v. THE STATE.

WADE, J.  1.  It is immaterial whether, in overruling the ground of the motion for a new trial relating to alleged newly discovered evidence, the trial judge based his ruling upon his estimate as to the credibility and value of that evidence in the light of a counter-showing by the State, since the evidence was merely impeaching in character, and it is a well-settled rule that newly discovered evidence tending merely to impeach a witness for the State is not a sufficient cause for the grant of a new trial.

2.  The evidence authorized the verdict, and the trial judge did not err in overruling the motion for a new trial.

> Judgment affirmed. Russell, C. J., absent.
> DECIDED APRIL 17, 1916.

Indictment for sale of liquor; from Ben Hill superior court— Judge George.  November 16, 1915.

*George F. Gober, J. H. Dodgen, W. I. Heyward,* for plaintiff in error.

*Joseph B. Wall, solicitor-general,* contra.

---

### 7119.  PARKS v. THE STATE.

WADE, J.  1.  The charge of the court touching the presumption of innocence in favor of the defendant and the doctrine of reasonable doubt was sufficiently full.  "It is very seldom that an amplified definition of the term 'reasonable doubt' elucidates the meaning of these simple words." *Middleton* v. *State,* 7 *Ga. App.* 1 (66 S. E. 22).

2.  There is no substantial merit in any of the exceptions, the evidence was amply sufficient to support the verdict, and the trial judge did not err in overruling the motion for a new trial.

> Judgment affirmed. Russell, C. J., absent.
> DECIDED APRIL 17, 1916.

Accusation of sale of liquor; from city court of Carrollton— Judge Beall.  November 18, 1915.

*Emmett Smith,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.